CITY AFFAIRS COMMITTEE OF JERSEY CITY, APPELLANT, v. DIVISION OF LOCAL GOVERNMENT OF THE STATE DEPARTMENT OF TAXATION AND FINANCE ET AL., RESPONDENT.

Argued May 23, 1946—Decided September 12, 1946.

For the appellant, *Leo Rosenblum.*

For the respondent, *Charles A. Rooney* (*Charles Hershenstein* and *John F. Lynch,* of counsel).

PER CURIAM.

The judgment under review herein is affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Heher in the Supreme Court.

*For affirmance*—THE CHIEF JUSTICE, PARKER, BODINE, PERSKIE, OLIPHANT, WACHENFELD, WELLS, RAFFERTY, DILL, FREUND, McGEEHAN, JJ. 11.

*For reversal*—None.